ACCEPTED
05-15-00766-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/7/2015 1:27:07 AM
LISA MATZ
CLERK

NO.  05-15-00766-CV

IN THE COURT OF APPEALS
FOR THE FIFTH SURPREME JUDICIAL DISTRICT
AT DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/7/2015 1:27:07 AM
LISA MATZ
Clerk

In the Interest of S.M.B., a child

---

## VERIFICATION

---

Appellant, Stephen A. Bergenholtz, hereby confirms and verifies that on July 1, 2015, payment was made to the Collin County District Clerk in full for the record in this Appeal. Appellant also confirms and verifies on multiple occasions of different date Appellant has requested a fee quotation to pay for the Court Reporters Record from the Court Reporter of the 380th Judicial District Court for the transcript record in this appeal but as of even date the Court Reporter has failed to respond to Appellant's multiple inquires.

Dated:   July 7, 2015

Respectfully submitted,

By:_____

PO Box 250449
Plano, Texas  75025
Tel: (214) 455-5507
Fax: (214) 853-9274
misc.berg@gmail.com

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. P. 9.4, I hereby certify that this Verification contains 91 words. This is a computer-generated document created in Microsoft Word, using 14-point typeface for all text, except for footnotes which are in 12-point typeface. In making this certificate of compliance, I am relying on the word count provided by the software used to prepare the document.

/s/ Stephen A. Bergenholtz
Stephen A. Bergenholtz

Dated:  July 7, 2015

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of July, 2015, a true and correct copy of the foregoing document was served by electronic delivery upon Howard Shapiro, Attorney, Shapiro Law Firm, P.O. Box 861720 Plano, Texas 75086, Attorney for Josephine Eskenazi, Appellee.

/s/ Stephen A. Bergenholtz
Stephen A. Bergenholtz